PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>         v.<br><br>VICTOR CRUZ,<br><br>                                    Defendant. | CASE NO.  1:23-CR-00183-ADA-BAM<br><br>**STIPULATION RE TREATMENT OF PROTECTED INFORMATION** |

   WHEREAS, the discovery in this case contains a large amount of personal identifying information, including personal identification numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid the necessity of large-scale redactions and the unauthorized disclosure of Protected Information to anyone not a party to this case;

   The parties agree that entry of a stipulated protective order is appropriate.

   THEREFORE, the parties stipulate as follows:

   1.     This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority that pertains to all discovery produced to the defendant's counsel in this case;

   2.     By signing this stipulation, defense counsel agrees not to share any discovery that contains Protected Information with anyone other than defense counsel and defense counsel's

investigators and support staff.  Defense counsel may permit the defendant to view unredacted discovery that contains Protected Information in the presence of defense counsel and defense counsel's investigators and support staff.  But defense counsel shall not allow the defendant to copy the Protected Information and may only provide the defendant with copies of discovery from which the Protected Information has been redacted;

3. The discovery may be used only in connection with the litigation of this case.  The discovery is now and will remain the property of the government.  Defense counsel will return the discovery to the government, or certify that it has been destroyed, at the conclusion of the case;

4. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement; and

5. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold discovery from the new counsel until substituted counsel agrees to be bound by this stipulation and resulting order.

IT IS SO STIPULATED.

DATED: October 19, 2023

*/s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Victor Cruz

DATED: October 19, 2023

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>VICTOR CRUZ<br><br>   Defendant. | CASE NO. 1:23-CR-00183-ADA-BAM<br><br>**ORDER RE TREATMENT OF PROTECTED INFORMATION** |
|---|---|

For good cause shown, the stipulation between counsel, dated October 19, 2023, in *United States v. Miguel Martinez*, 1:23-cr-00183-ADA-BAM, regarding the treatment of protected information contained in the discovery, is approved.
IT IS SO ORDERED.

Dated:   **October 19, 2023**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

3