1   PHILLIP A. TALBERT
    United States Attorney
2   JOSEPH D. BARTON
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA          Case No. 1:23-cr-00183-NODJ-BAM

13                Plaintiff,

14                                    STIPULATION TO CONTINUE STATUS
                                      CONFERENCE; AND ORDER
15        v.

16  VICTOR CRUZ,

17                Defendant.

18

19

20        IT IS HEREBY STIPULATED by and between the parties through their respective

21  counsel that the Status Conference scheduled for January 10, 2024, at 1:00 p.m., may be

22  continued until April 10, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The

23  government has produced discovery to defense counsel.  Discovery includes over 1,100,000

24  pages of financial and other records.  Defense counsel has further investigation to perform.  The

25  parties agree that time under the Speedy Trial Act shall be excluded through April 10, 2024, in

26  the interests of justice, including but not limited to, the need for effective defense preparation

27  and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  January 3, 2024

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Counsel for Victor Cruz

Dated:  January 3, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00183-NODJ-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 10, 2024, at 1:00 p.m., is continued until **April 10, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**.  The period through April 10, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **January 3, 2024**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE