PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. VICTOR CRUZ, Defendant. | Case No. 1:23-cr-00183-NODJ-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for April 10, 2024, at 1:00 p.m., may be continued until June 12, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced discovery to defense counsel.  Discovery includes over 1,500,000 pages of financial and other records.  Defense counsel has further investigation to perform.  The parties agree that time under the Speedy Trial Act shall be excluded through June 12, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  March 13, 2024        */s/ Timothy Hennessy*
                              TIMOTHY HENNESSY
                              Counsel for Victor Cruz

Dated:  March 13, 2024        */s/ Joseph Barton*
                              JOSEPH BARTON
                              Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA         | Case No. 1:23-cr-00183-NODJ-BAM

13 |         Plaintiff,               | ORDER TO CONTINUE STATUS
                                      | CONFERENCE
14 |
   |    v.
15 |
   | VICTOR CRUZ,
16 |
   |         Defendant.
17 |

18

19     Upon the parties' stipulation and for good cause shown, the status conference scheduled

20 for April 10, 2024, at 1:00 p.m., is continued until **June 12, 2024, at 1:00 p.m., before the**

21 **Honorable Barbara A. McAuliffe**.  The period through June 12, 2024, inclusive, is excluded

22 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23

24 IT IS SO ORDERED.

25
       Dated:  __**March 14, 2024**__         ___/s/ Barbara A. McAuliffe___
26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                        3