**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for:
VICTOR CRUZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>VICTOR CRUZ,<br><br>      Defendant | Case No.: 1:23-cr-00183-NODJ-BAM<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, NO DISTRICT JUDGE AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, VICTOR CRUZ, by and through his attorney of record, Timothy Hennessy hereby requesting that the status conference hearing currently set for Wednesday, June 12, 2024, be continued to Wednesday, August 28, 2024.

Defense Counsel needs more time for purposes of plea negotiations, and defense preparation. I have spoken to AUSA Joseph Barton, and he has no objection to continuing the status conference.

/
//
///

The parties also agree exclude time under the Speedy Trial Act from June 3, 2024, through June 17, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 6/5/2024

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
VICTOR CRUZ

DATED: 6/5/2024

*/s/Joseph Barton*
JOSEPH BARTON
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the status conference is continued from June 12, 2024, to **August 28, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **June 5, 2024**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE