**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for:
VICTOR CRUZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR CRUZ,<br><br>Defendant | ) Case No.: 1:23-cr-00183-NODJ-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE THE STATUS**<br>) **CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, NO DISTRICT JUDGE

AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, VICTOR CRUZ, by and through his attorney of record,

Timothy Hennessy hereby requesting that the status conference hearing currently set for

Wednesday, October 23, 2024, be continued to Wednesday, December 11, 2024.

Defense Counsel is currently engaged in a homicide trial *Jonathan Knight BF177850A.* I

have spoken to AUSA Joseph Barton, and he has no objection to continuing the status

conference.

/

//

///

Stipulation and Order to Continue Status Conference

1

1    The parties also agree exclude time under the Speedy Trial Act from October 23, 2024,

2   through December 11, 2024, for purposes of plea negotiations, defense preparation, and

3   continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

4

5      **IT IS SO STIPULATED.**

6                                                   Respectfully Submitted,

7   DATED:9/11/2024                        */s/ Timothy Hennessy*
                                            TIMOTHY HENNESSY
8                                           Attorney for Defendant
                                            VICTOR CRUZ
9

10  DATED:9/11/2024                         */s/Joseph Barton*
                                            JOSEPH BARTON
11                                          Assistant U.S. Attorney

12

13                              **ORDER**

14

15      IT IS SO ORDERED that the status conference is continued from October 23, 2024, to

16  **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A.**

17  **McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

18  IT IS SO ORDERED.

19    Dated:   **September 11, 2024**        /s/ *Barbara A. McAuliffe*

20                                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25