PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00183-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for December 11, 2024, at 1:00 p.m., may be continued until January 22, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Discovery includes over 1,500,000 pages of financial and other records. Defense counsel has further investigation to perform. The parties also met and conferred on December 2, 2024, and they are close to reaching a plea agreement to resolve this case. The parties will be ready to schedule a trial date at the January 22, 2025, status conference is they cannot reach a plea agreement.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through January 22, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.


Dated:  December 4, 2024

    */s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Victor Cruz


Dated:  December 4, 2024

    */s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-cr-00183-NODJ-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for December 11, 2024, at 1:00 p.m., is continued until **January 22, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**.  The period through January 22, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   **December 4, 2024**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE