PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties that the status conference scheduled for January 22, 2025, at 1:00 p.m., may be continued until February 26, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Discovery includes over 1,500,000 pages of financial and other records. Defense counsel has further investigation to perform.

The parties met and conferred on December 2, 2024, and again on January 15, 2025, and they are close to reaching a plea agreement to resolve this case. They expect to have a signed plea agreement filed with the Court by January 28, 2025. Therefore, the parties do not want to schedule a trial date that they believe will be quickly vacated. Instead, they are requesting a

continuance to the next available status conference date, which is February 26, 2025, and hope to resolve the case before then. The parties will be ready to schedule a trial date at the February 26, 2025, status conference if they cannot reach a plea agreement and they will not request any further continuances.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through February 26, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  January 15, 2025

*/s/ Timothy Hennessy*
Timothy Hennessy
Counsel for Victor Cruz

Dated:  January 15, 2025

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the status conference scheduled for January 22, 2025, is continued until **February 26, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through February 26, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:  **January 15, 2025**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE

3