

# United States District Court
# Eastern District of California

| United States of America | | Case Number: | 1:23-CR-00183-NODJ-BAM-2 |

Plaintiff(s)

V.

Victor Cruz

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Murdoch Walker II, Esq. (Ga. Bar #163417) hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Victor Cruz

On 09/01/2016 (date), I was admitted to practice and presently in good standing in the Georgia Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

U.S. v. Southard, 1:24-CR-00041 (Granted 3/12/24)

Date: Feb. 20, 2025     Signature of Applicant: /s/ Murdoch Walker, II, Esq.

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Murdoch Walker II, Esq. (Ga. Bar #163417) |
| Law Firm Name: | Lowther \| Walker, LLC |
| Address: | 101 Marietta St. NW |
| | Ste. 3650 |
| City: | Atlanta   State: GA   Zip: 30303 |
| Phone Number w/Area Code: | 4044964052 |
| City and State of Residence: | Portland, ME |
| Primary E-mail Address: | mwalker@lowtherwalker.com |
| Secondary E-mail Address: | cmecf@lowtherwalker.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael J. Khouri, Esq. |
| Law Firm Name: | Khouri Law Firm APC |
| Address: | 101 Pacifica |
| | Ste. 380 |
| City: | Irvine   State: CA   Zip: 92618 |
| Phone Number w/Area Code: | 9496806332   Bar # 97654 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 24, 2025

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT