MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR CRUZ, <br><br> Defendant. | Case No. 1:23-cr-00183-NODJ-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for February 26, 2025, at 1:00 p.m., may be continued until March 12, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The defendant recently obtained new counsel and the government is coordinating getting discovery to that counsel. The discovery includes over 1,500,000 pages of financial and other records. The government has also extended a written plea offer to the defendant which expires on March 12, 2025, if it has not been accepted by then. Defense counsel has further investigation to perform.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through March 12, 2025, in the interests of justice, including but not limited to, the need for

effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  February 19, 2025         */s/ Serguel Akiti*
                                         Serguel Akiti
                                         Counsel for Victor Cruz

Dated:  February 19, 2025         */s/ Joseph Barton*
                                         Joseph Barton
                                         Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for February 26, 2025, at 1:00 p.m., is continued until **March 12, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through March 12, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **February 24, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3