1 **HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for VICTOR CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:23-cr-00183-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |
| VICTOR CRUZ, | |
| Defendant. | |

On October 11, 2023, Victor Cruz retained attorney Timothy Hennessy in this matter (1:17-cr-00198-6 JLT).  On February 19, 2025, Mr. Cruz retained new counsel and informed our office he no longer wants to be represented by Mr. Hennessy.  Having completed his representation of Mr. Cruz, Timothy Hennessy now moves to terminate his designation as Counsel in this matter.

Dated: March 5, 2025                                  Respectfully submitted,


/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Victor Cruz

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has been subbed out by Attorney Serguel Mawuko Akiti, Dkt No.79-80 the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as counsel in this matter.

IT IS SO ORDERED.

Dated:  **March 5, 2025**              /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE