MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for March 12, 2025, may be vacated and that a change of plea hearing may be scheduled for June 16, 2025, at 8:30 a.m., before the assigned District Judge.

///

///

///

The parties request that the Court exclude time under the Speedy Trial Act from March 12, 2025, through June 16, 2025, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)

Dated:  March 12, 2025

*/s/ Serguel Akiti*
SERGUEL AKITI
Counsel for Victor Cruz

Dated:  March 12, 2025

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
| Plaintiff, | ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| VICTOR CRUZ, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the status conference scheduled for March 12, 2025, is vacated and a change of plea hearing is scheduled for June 16, 2025, at 8:30 a.m., before the assigned District Judge. Time under the Speedy Trial Act is excluded from March 12, 2025, through June 16, 2025, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __March 12, 2025__            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE