MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR CRUZ,<br><br>Defendant. | Case No. 1:23-CR-00183-TLN-BAM<br><br>ORDER TO CONTINUE CHANGE OF PLEA HEARING |

Upon the parties' stipulation, and for good cause shown, the change of plea hearing that is scheduled for June 16, 2025, is continued until **July 14, 2025, at 10:00 a.m., in Courtroom 5** before the assigned District Judge. Time is excluded under the speedy trial act from April 30, 2025, through July 14, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 30, 2025

_____
Troy L. Nunley
Chief United States District Judge